1835.

Woodworth
v.
Campbell.

---

## Woodworth vs. Campbell and others.

Where lands leased for a term of years, are owned by several persons as tenants in common both of the rents and of the reversion, a bill for partition may be sustained ; but a sale of the lands, under the decree in partition, must be made subject to the rights of the lessees, who, by the sale, will become the tenants to the purchaser of the rents and reversion.

October 29.

This was a bill for partition ; and the only question which arose was, whether the interests of the parties were such that a partition could now be made. The whole premises were leased to different persons for ten years, reserving rent ; and the complainant was the owner of an undivided share of the rent and reversion.

*Murray Hoffman*, for the complainant.

*L. H. Palmer*, for the infant defendants.

The CHANCELLOR decided, that as the parties had a present interest in the rents as tenants in common and were also the owners of the reversion in common, they had a present partable interest in the premises, which would authorize the court to decree a sale in the present suit; but as the lessees were not tenants in common with any of the owners of the rents, or of the reversion, their interests could not be sold ; that the sale must be made subject to the rights of such les-

sees during the term for which the premises were leased ; and that the lessees would thereby become the tenants to the purchaser of the rents and reversion.